

# Fourth Court of Appeals
## San Antonio, Texas

June 7, 2021

No. 04-21-00108-CV

**IN THE INTEREST OF B.K.C., A CHILD**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA00984
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Appellant K.D. appeals the trial court's termination of his parental rights. Appellant's court-appointed attorney has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which she asserts there are no meritorious issues to raise on appeal. We have held that in parental-termination appeals, a procedure akin to *Anders* is necessary to best protect the statutory right to counsel on appeal, to provide a procedural mechanism for counsel to fulfill her ethical obligations, to assist the court in deciding appeals, and to provide consistent procedures for all indigent litigants. *In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio 2003, no pet.); *see In re P.M.*, 520 S.W.3d 24, 27 n.10 (Tex. 2016) (per curiam) (applying *Anders* procedures in appeal from order terminating parental rights). In compliance with the procedure set out in *Anders*, appellant's attorney has shown that she sent a letter to appellant, which explained his right to review the record and file a pro se brief. *See Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014); *In re A.L.H.*, No. 04-18-00153-CV, 2018 WL 3861695, at *2 (Tex. App.—San Antonio Aug. 15, 2018, no pet.); *In re R.R.*, 2003 WL 21157944, at *4. In the letter to appellant, counsel stated that she had enclosed copies of the brief and motion to withdraw. *See Kelly*, 436 S.W.3d at 313; *In re A.L.H.*, 2018 WL 3861695, at *2; *In re R.R.*, 2003 WL 21157944, at *4. Counsel's letter also advised appellant that if he wished to review the appellate record, he must file a motion in this court. Counsel also enclosed a form motion for this purpose. *See Kelly*, 436 S.W.3d at 313; *In re A.L.H.*, 2018 WL 3861695, at *2; *In re R.R.*, 2003 WL 21157944, at *4. If appellant desires to review the record, he must file a motion on or before **June 17, 2021**.

Further, if appellant desires to file a *pro se* brief, we ORDER that he do so on or before **June 28, 2021**. If appellant files a *pro se* brief, appellee may file a responsive brief no later than twenty days after the date appellant's *pro se* brief is filed in this court. We ORDER the motion to withdraw, filed by appellant's counsel, to be HELD IN ABEYANCE pending further order of the court.

_Liza A. Rodriguez_

Liza A. Rodriguez, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of June, 2021.

_Michael A. Cruz_

Michael A. Cruz,
Clerk of Court